FILED by PF D.C.
ELECTRONIC

APR 18, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **08-20337-CR-MARTINEZ/BROWN**

18 U.S.C. § 371
18 U.S.C. § 2315
18 U.S.C. § 2314
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

FERNANDO GOMEZ,
ROGELIO CABRERA,
and
FERNANDO GRANDA,

**Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From at least as early as on or about April 14, 2003, and continuing through on or about April 22, 2003, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**FERNANDO GOMEZ,
ROGELIO CABRERA,
and
FERNANDO GRANDA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to commit offenses against the United States, that is:

(a) to knowingly transport in interstate commerce goods, wares, and merchandise of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314; and

(b) to knowingly receive, possess, conceal, store, barter, sell and dispose of goods, wares and merchandise of the value of five-thousand dollars ($5000) or more, which goods, wares and merchandise had crossed a State boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken, in violation of Title 18, United States Code, Section 2315.

## PURPOSE OF THE CONSPIRACY

It was the purpose of the conspiracy for **FERNANDO GOMEZ**, **ROGELIO CABRERA**, and **FERNANDO GRANDA** to unlawfully enrich themselves by transporting, possessing, selling and disposing of stolen goods, wares and merchandise.

## MANNER AND MEANS

The manner and means used to achieve the objects of the conspiracy included, among others, the following:

1. **FERNANDO GOMEZ** directed a theft conspiracy that was based out of Miami, Florida. The members of the conspiracy consisted of **ROGELIO CABRERA**, **FERNANDO GRANDA**, and others known and unknown to the Grand Jury.

2. The defendants planned to travel from Miami to a Texas warehouse containing electronic merchandise. Upon locating the warehouse with electronic merchandise, the defendants entered the warehouse, loaded the merchandise in a tractor trailer, and drove the merchandise back to a warehouse in Miami, Florida.

3. Upon arrival at the warehouse in Miami, Florida, the defendants unloaded the merchandise from the tractor trailer in order to store it for subsequent sale.

2

## OVERT ACTS

In furtherance of the conspiracy and to achieve the objects thereof, at least one of the co-conspirators committed or caused to be committed, in the Southern District of Florida, and elsewhere, the following overt acts, among others:

1. On or about April 14, 2003, **FERNANDO GOMEZ** and **FERNANDO GRANDA** borrowed a Kenworth tractor trailer in Miami, Florida.

2. On or about April 14, 2003, **FERNANDO GOMEZ, ROGELIO CABRERA** and **FERNANDO GRANDA** traveled to Dallas, Texas.

3. On or about April 17, 2003, **FERNANDO GOMEZ** made a reservation at an Econo Lodge Motel in Dallas, Texas under the name "Oscar Perez."

4. On or about April 17, 2003, **ROGELIO CABRERA** made a reservation at Thrifty Car Rental in Dallas, Texas for a Jeep Laredo.

5. On or about April 20, 2003, co-conspirators traveled to DSI Systems Inc.'s warehouse in Dallas, Texas.

6. On or about April 20, 2003, **FERNANDO GOMEZ** and other co-conspirators loaded a Kenworth tractor trailer with approximately 28 pallets of RCA satellite systems stolen from DSI System Inc.'s warehouse.

7. On or about April 20, 2003, **ROGELIO CABRERA** and **FERNANDO GRANDA** traveled in the Dallas, Texas area in a Dodge Durango vehicle containing black t-shirts, gloves, pruning shears, a ladder and a list of electronic warehouses in the Dallas, Texas area.

3

8. On or about April 22, 2003, **FERNANDO GOMEZ** arrived at a warehouse located at 8612 NW 70th Street in Miami, Florida with the Kenworth tractor trailer containing approximately 28 pallets of stolen RCA satellite systems.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

Beginning on or about April 20, 2003, and continuing through on or about April 22, 2003, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**FERNANDO GOMEZ,
ROGELIO CABRERA,
and
FERNANDO GRANDA,**

did knowingly receive, possess, conceal and store goods, wares and merchandise of the value of five-thousand dollars ($5,000) or more, namely, RCA satellite systems, which goods, wares and merchandise had crossed a State boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken, in violation of Title 18, United States Code, Sections 2315 and 2.

## COUNT 3

Beginning on or about April 20, 2003, and continuing through on or about April 22, 2003, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**FERNANDO GOMEZ,
ROGELIO CABRERA,
and
FERNANDO GRANDA,**

did knowingly transport in interstate commerce goods, wares, and merchandise of the value of five-thousand dollars ($5,000) or more, namely, RCA satellite systems, knowing the same to have been stolen and converted, in violation of Title 18, United States Code, Sections 2314 and 2.

## CRIMINAL FORFEITURE ALLEGATION

a. The allegations of Counts 1 through 3 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) as incorporated by Title 28, United States Code, Section 2461(c).

b. Upon convictions of any of the offenses alleged in Counts 1 through 3, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) as incorporated by Title 28, United States Code, Section 2461(c), defendants **FERNANDO GOMEZ, ROGELIO CABRERA** and **FERNANDO GRANDA** shall forfeit to the United States all property, real and personal, which constitutes or is derived from proceeds traceable to such violations.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
ARMANDO ROSQUETE
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

FERNANDO GOMEZ,
ROGELIO CABRERA, and
FERNANDO GRANDA,

           **Defendants.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

- X   Miami   ___ Key West
- ___ FTL     ___ WPB      ___ FTP

New Defendant(s)          Yes ___ No ___
Number of New Defendants     ___
Total number of counts       ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I   | 0 to 5 days    | X   | Petty    |     |
   | II  | 6 to 10 days   |     | Minor    |     |
   | III | 11 to 20 days  |     | Misdem.  |     |
   | IV  | 21 to 60 days  |     | Felony   | X   |
   | V   | 61 days and over |   |          |     |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes   X   No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes   X   No

_____
ARMANDO ROSQUETE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0648434

*Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** FERNANDO GOMEZ      **Case No:** _____

Count 1:

Conspiracy to Possess and Transport Stolen Goods

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count 2:

Possession of Stolen Goods

Title 18, United States Code, Section 2315

**\*Max. Penalty:** 10 Years' Imprisonment

Count 3:

Transportation of Stolen Goods

Title 18, United States Code, Section 2314

**\*Max. Penalty:** 10 Years' Imprisonment


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ROGELIO CABRERA          **Case No:** _____

Count 1:

Conspiracy to Possess and Transport Stolen Goods

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count 2:

Possession of Stolen Goods

Title 18, United States Code, Section 2315

**\*Max. Penalty:** 10 Years' Imprisonment

Count 3:

Transportation of Stolen Goods

Title 18, United States Code, Section 2314

**\*Max. Penalty:** 10 Years' Imprisonment


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __FERNANDO GRANDA__          Case No:

Count 1:

Conspiracy to Possess and Transport Stolen Goods

Title 18, United States Code, Section 371

*Max. Penalty: 5 Years' Imprisonment

Count 2:

Possession of Stolen Goods

Title 18, United States Code, Section 2315

*Max. Penalty: 10 Years' Imprisonment

Count 3:

Transportation of Stolen Goods

Title 18, United States Code, Section 2314

*Max. Penalty: 10 Years' Imprisonment


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.