UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 1:08-cr-20337-JEM-1

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FERNANDO LUIS GOMEZ,

    Defendant,
_____/

## AGREED MOTION FOR CONTINUANCE OF SENTENCING

COMES NOW the Defendant, Fernando Luis Gomez, by and through his undersigned counsel, and in accord with the Plaintiff, United States of America, and the U.S. Probation Office, moves this Honorable Court for an Order Continuing the Sentencing in the within cause and would show:

    1.    Sentencing is presently scheduled for January 6, 2009.

    2.    Due to scheduling conflicts, the holidays and other unavoidable circumstances, U.S. Probation Officer Vanessa Zamora was unable to complete her interview with the Defendant and consequently was unable to complete the PSI Report, with enough time for the filing of objections and adherence to Administrative Order 90-25.

    3.    U.S. Probation Officer Zamora has communicated with both undersigned counsel and AUSA Stephanie D. Evans seeking an extension of time which will enable the parties to timely file objections to the PSI, as well as allow the parties to try to resolve all objections prior to the Sentencing Hearing, pursuant to Administrative Order 90-25.

4. The parties, as well as, U.S. Probation Officer Zamora agree that a short continuance is the most appropriate measure to enable all parties to fulfill their obligations before sentencing.

5. The undersigned has communicated with U.S. Probation Officer Zamora who has communicated with AUSA Stephanie D. Evans and the parties agree to the requests made herein.

WHEREFORE, the Defendant, Fernando Luis Gomez, prays for a Continuance of the Sentencing Hearing scheduled for January 6, 2009, until the last week of January 2009, for reasons as therefore stated above.

I HEREBY CERTIFY that a true copy of the foregoing was mailed this 5th day of January 2009 to AUSA Stephanie D. Evans, United States Attorney's Office, 99 N.E. 4th Street, 6th Floor, Miami, Florida 33132, and U.S. Probation Officer Vanessa Zamora, U.S. Probation Office, 300 N.E. 1st Avenue, Miami, Florida 33132-2126.

MICHAEL BLACKER, P.A.
P.O. Box 162850
Miami, Florida 33116
Telephone (305) 285-0900
Facsímile (305) 373-8550

By: /s/ Michael Blacker

Michael Blacker, Esquire
Florida Bar No. 121822