# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# SENTENCING MINUTES
# FOR HON. JOSE E. MARTINEZ

Deft: Fernando Gomez   Case No: 08-20337-CR-MARTINEZ

Clerk: Wanda Holston   Date: January 28, 2009

Reporter: Dawn Whitmarsh   USPO: Vanessa Zamora

AUSA: Stephanie Evans   Deft's Counsel: Michael Blacker

Interpreter: _____

_____ Deft. Failed to Appear-Warrant to be Issued-Bond Forfeited:

Sentence Continued Until:

## JUDGEMENT AND SENTENCE

| Imprisonment: | Years | Months | Counts |
|---|---|---|---|
|  |  | 40 | **1** |

| **Supervised Release**/Probation | Years | Months | Counts |
|---|---|---|---|
|  | 3 |  | 1 |

Dismissed Counts: remaining as to this defendant

**Special Conditions//** Surrendering to Immigration for Removal After Imprisonment; Mental Health Treatment; Substance Abuse Treatment; Employment Requirement; Self-Employment Restriction.

Court advised defendant of right to appeal.

Assessment $ **100**   Fine $ _____   **Restitution**/Other: _____

### CUSTODY

_____ Remanded to the Custody of the U.S. Marshal Service.
-------- Release on Bond pending appeal.
_____ Voluntary Surrender to (designated Institution or U.S. Marshal Service) on ___/___/___

**Commitment Recommendation:** This defendant shall be designated to a facility as close to S. Florida as possible, consistent with defendants background and the offense in which defendant stands convicted of. The Court also recommends the 500 hour drug treatment program.